UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:  Chapter 7

Caylee Alice Borkowski,  Case No. 23−22731−beh
      Debtor.

Caylee Alice Borkowski
           Plaintiff.
  v.  Adversary No. 23−02093−beh

United States Department of Education
           Defendant.

## JUDGMENT ON STIPULATION

Take notice that a judgment is hereby entered incorporating the terms of the attached Order Determining Student Loan Obligations Discharged Pursuant to 11 U.S.C. § 523(a)(8).

Dated: December 10, 2024        **SEAN D. MCDERMOTT**
                                              Clerk of Court

                                              By:   Jennifer H.
                                                       Deputy Clerk

So Ordered.

Dated: December 10, 2024



Beth E. Hanan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: Caylee Alice Borkowski, | Case No. 23-22731-BEH |
| Debtor. | Chapter 7 |

| | |
|---|---|
| Caylee Alice Borkowski, | |
| Plaintiff, | |
| vs. | Adversary No. 23-02093-BEH |
| United States Department of Education, | |
| Defendant. | |

**ORDER DETERMINING STUDENT LOAN OBLIGATIONS DISCHARGED PURSUANT TO 11 U.S.C. § 523(a)(8)**

Upon the Stipulation and Motion for Entry of Order Determining Student Loan Obligations Discharged Pursuant to 11 U.S.C. § 523(a)(8) entered into between Plaintiff Caylee A. Borkowski and Defendant United States Department of Education,

IT IS HEREBY ORDERED: The Plaintiff's student loan obligations which are held by the United States Department of Education and listed in the chart below are discharged pursuant to 11 U.S.C. § 523(a)(8):

| NSLDS Loan Number | Loan Holder Name | Loan Date | Loan Type |
|---|---|---|---|
| 17 | Dept of ED/Nelnet | 2019-02-19 | Direct Stafford Unsub |
| 16 | Dept of ED/Nelnet | 2019-02-19 | Direct Stafford Sub |
| 15 | Dept of ED/Nelnet | 2013-09-18 | Direct Stafford Unsub |
| 14 | Dept of ED/Nelnet | 2013-09-10 | Direct Stafford Sub |
| 13 | Dept of ED/Nelnet | 2013-01-21 | Direct Stafford Sub |
| 12 | Dept of ED/Nelnet | 2012-09-12 | Direct Stafford Unsub |
| 11 | Dept of ED/Nelnet | 2012-09-12 | Direct Stafford Sub |
| 10 | Dept of ED/Nelnet | 2011-09-14 | Direct Stafford Unsub |
| 9 | Dept of ED/Nelnet | 2011-09-14 | Direct Stafford Sub |
| 8 | Dept of ED/Nelnet | 2009-07-17 | FFEL Stafford Sub |
| 7 | Dept of ED/Nelnet | 2009-07-17 | FFEL Stafford Unsub |
| 6 | Dept of ED/Nelnet | 2009-03-09 | FFEL Stafford Sub |
| 5 | Dept of ED/Nelnet | 2009-03-09 | FFEL Stafford Unsub |
| 4 | Dept of ED/Nelnet | 2008-11-06 | Direct Stafford Sub |
| 3 | Dept of ED/Nelnet | 2008-11-06 | Direct Stafford Unsub |

IT IS FURTHER ORDERED: The Clerk shall enter judgment accordingly.

#####